UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARK JACKSON,

        Plaintiff,

v.                                           Civil Action 2:22-cv-537
                                                  Magistrate Judge Chelsey M. Vascura

HYPERSPORT INDUSTRIES, LLC,

        Defendant.

**ORDER**

This matter came before the Court for a telephonic status conference on June 21, 2024. All parties appeared and were represented by counsel. This Order memorializes the results of that conference.

Plaintiff requested the conference after Defendant failed to make a settlement payment of $150,000 by June 10, 2024, as required by the parties' settlement agreement and the Court's Order Granting Approval of FLSA Settlement (ECF Nos. 46-1, 47). During the conference, Defendant's counsel relayed their client's representations that Defendant has no assets, that no settlement payment is forthcoming, and that Defendant is aware that failure to make the settlement payment will result in further court proceedings. Defendants' attorneys also intend to withdraw as counsel, of which Defendant is aware.

Consequently, Plaintiff orally moved during the conference to enforce the settlement agreement and enter judgment against Defendant for the full amount of the $150,000 settlement payment. For good cause shown, Plaintiff's oral motion to enforce the settlement agreement is

**GRANTED**. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff in the amount of $150,000. This case remains closed.

  **IT IS SO ORDERED.**

                */s/ Chelsey M. Vascura*
                CHELSEY M. VASCURA
                UNITED STATES MAGISTRATE JUDGE