AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Mark Jackson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:22cv537 |
| HyperSport Industries, LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Mark Jackson recover from the defendant *(name)* HyperSport Industries, LLC the amount of One Hundred and Fifty Thousand dollars ($ 150,000.00).

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

☐ other:
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Chelsey M. Vascura on an oral motion to enforce settlement agreement.
.

Date: 6/21/2024

CLERK OF COURT

*Melissa Saddler*
Signature of Clerk or Deputy Clerk